Lincoln W. Nelson, William D. Champion and Joseph F. Doyle as copartners under the name of Nelson, Champion & Company, Plaintiffs in Error, vs. W. S. Keyser, Defendant in Error.

## DIVISION A.

Writ of Error to Circuit Court, Jackson county; W. D. Barnes, Judge.

*John H. Carter*, for Plaintiffs in Error.

*John C. Avery*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.